# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARIEL VOLQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON AND WALES UNIVERSITY,<br><br>Defendant. | Case No. 1:24-cv-00465-JJM-LDA |

## NOTICE OF DISMISSAL

Plaintiff Ariel Volquez hereby voluntarily dismisses this Action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 15, 2024

Respectfully submitted,

*/s/Christopher M. Lefebvre, Esq.*
Christopher M. Lefebvre, Esq. (4019)
**THE CONSUMER AND FAMILY LAW CENTER OF CLAUDE F. LEFEBVRE & CHRISTOPHER M. LEFEBVRE, P.C.**
2 Dexter Street
Pawtucket, RI 02860
Tel: 401-728-6060
chris@lefebvrelaw.com

J. Gerard Stranch, IV (BPR # 023045)
Grayson Wells (BPR # 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via certified U.S. Mail upon the following:

Johnson and Wales University
c/o Cogency Global, Inc.
222 Jefferson Boulevard
Warwick, RI 02888.

/s/ Christopher M. Lefebvre